DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR RICHARD J. PEREIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD J. PEREIRA,<br><br>    Defendant. | Case No. 1:10-cr-00295-LJO<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE |

       The parties hereto, namely the United States of America, through its attorney, Assistant U.S. Attorney Brian Enos, and defendant Richard Pereira, through his attorney, Daniel A. Bacon, stipulate and agree that defendant Richard Pereira's conditions of release may be modified to allow him to leave the State of California on October 21, 2010 and travel to the National F.F.A. convention in Indianapolis, Indiana, with his wife Maria Pereira, his son-in-law, John Mello, and his niece, Nicole Mello. The defendant will return to the State of California, Eastern District, on October 23, 2010.

       Said agreement has been approved by Lydia Serrano, of the Federal Pretrial Services Office, who is supervising Mr. Pereira's pretrial release.

Dated: October 7, 2010.        BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY

                                 By:/s/ Brian William Enos
                                 BRIAN WILLIAM ENOS
                                 Assistant U.S. Attorney

Dated: October 7, 2010.        /s/ Daniel A. Bacon
                                 DANIEL A. BACON, Attorney for
                                 RICHARD PEREIRA, Defendant

ORDER

It having been stipulated to by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Richard Pereira's conditions of release may be modified to allow him to leave the State of California on October 21, 2010 and travel to the National F.F.A. convention in Indianapolis, Indiana, with his wife Maria Pereira, his son-in-law, John Mello, and his niece, Nicole Mello.  The defendant will return to the State of California, Eastern District, on October 23, 2010.

IT IS SO ORDERED.

**Dated:   October 12, 2010**              /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE