| | |
|---|---|
| 1 | DANIEL A. BACON 065099 |
| 2 | ATTORNEY AT LAW |
|   | 5200 NORTH PALM AVENUE, SUITE 408 |
|   | FRESNO, CALIFORNIA 93704-2225 |
| 3 | TELEPHONE: (559) 241-7000 |
| 4 | ATTORNEY FOR Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 1:10-cr-00295 LJO |
| Plaintiff,       ) | STIPULATION TO CONTINUE STATUS |
|       ) | CONFERENCE; AND ORDER |
| vs.       ) | THEREON |
| RICHARD JOHN PEREIRA,       ) | |
|       ) | DATE :  November 18, 2010 |
| Defendant.       ) | TIME :  9:00 a.m. |
|       ) | DEPT :  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, United States of America, through its attorney, Brian W. Enos, and the defendant Richard John Pereira, through his attorney Daniel A. Bacon, that the Status Conference hearing in this matter, presently set for November 18, 2010 at 9:00 a.m. before the Honorable Lawrence J. O'Neill, be continued to **Friday, December 17, 2010 at**

///
///
///
///
///
///
///

the hour of 9:00 a.m.

DATED: October 28, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           By/s/ Brian W. Enos
                                           Brian W. Enos, Ass't U.S. Attorney
                                           Attorneys for Plaintiff

DATED: October 28, 2010                    /s/ Daniel A. Bacon
                                           DANIEL A. BACON
                                           Attorney for Defendant

## ORDER

It having been stipulated to by the parties and good cause appearing (as provided in the declaration of Counsel Daniel Bacon) therefor,

The Status Conference set for November 18, 2010 at 9:00 a.m. is continued to Friday, December 17, 2010 at 9:00 a.m and time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)A and (7B)(iv).

Stipulation to Continue Status Conference;
and Order ThereonIT IS SO ORDERED.

Dated:   October 29, 2010              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2