1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for RICHARD J. PEREIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:10 cr 00295 LJO |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| RICHARD J. PEREIRA, | ) | |
| Defendant. | ) | DATE: 1/28/11<br>TIME: 8:50 AM<br>DEPT: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status conference presently scheduled before the Hon. Lawrence J. O'Neill for January 28, 2011 at the hour of 8:50 AM be continued to February 18, 2011 at 8:50 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: January 21, 2011.                BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                        By:/s/ Brian William Enos
                                        BRIAN WILLIAM ENOS
                                        Assistant U.S. Attorney

Dated: January 21, 2011.                /s/ Daniel A. Bacon
                                        DANIEL A. BACON, Attorney for
                                        RICHARD PEREIRA, Defendant

ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

Dated: January 25, 2011.

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
U.S. District Judge for the
Eastern District of California