DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR RICHARD J. PEREIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:10 cr 00295 LJO |
| Plaintiff,   ) | STIPULATION AND ORDER |
| vs.   ) | |
| RICHARD J. PEREIRA,   ) | |
| Defendant.   ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, namely the United States of America, through its attorney, Assistant U.S. Attorney Brian Enos, and defendant Richard J. Pereira, through his attorney Daniel A. Bacon, that the defendant's terms of pretrial release may be amended as follows:

1.  That Mr. Pereira may attend the graduation of his granddaughter, Karlene Mello on May 21, 2011, at 9:30 AM on the campus of California State University, Fresno;

2.  That Mr. Pereira may also attend the graduation of his grandson, Craig Segars, on May 27, 2011, on the campus of Turlock High School, Turlock, California.

IT IS FURTHER STIPULATED that Mr. Pereira will attend the above-named graduations with his wife and other family members, and will not speak with or contact in any way any minors outside the presence of their parents or adult guardians.

Stipulation and Order

| | |
|---|---|
| Dated: April 25, 2011. | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY<br><br>By:/s/ Brian William Enos<br>BRIAN WILLIAM ENOS<br>Assistant U.S. Attorney |
| Dated: April 25, 2011. | /s/ Daniel A. Bacon<br>DANIEL A. BACON, Attorney for<br>RICHARD PEREIRA, Defendant |

ORDER

IT ORDERED that Mr. Pereira may attend the California State University Fresno graduation as requested.

IT IS FURTHER ORDERED that prior to his attendance at the Turlock High graduation, Mr. Pereira shall notify the principal of Turlock High School, in writing, of the charges which are pending against him in this action; the conditions of his pretrial release; and this Court's conditional approval of his attendance at the graduation. Mr. Pereira shall thereafter, obtain the written approval of the principal before he may attend the Turlock High graduation. Mr. Pereira shall provide proof of the principal's written approval to Pretrial Services.

IT IS SO ORDERED.

Dated:   **May 2, 2011**              /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE