DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR RICHARD J. PEREIRA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RICHARD J. PEREIRA,  Defendant. | CASE NO. 1:10 cr 00295 LJO  ORDER TO SEAL DOCUMENTS  [Local Rule 141]  DATE: June 18, 2012  TIME : 9:00 a.m.  DEPT: Hon. Lawrence J. O'Neill |

Defendant having stated his case as to why his Request to Seal Documents should be granted, and good cause appearing therefor,

IT IS ORDERED that Defendant's Request to Seal Documents is hereby granted.

IT IS SO ORDERED.

**Dated:   June 12, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE