# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00295 LJO |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION TO AMEND TERMS OF PROBATION |
| RICHARD PEREIRA | |
| Defendant. | |

The Court has received and reviewed the Defendant's Motion To Amend Terms of Probation. Specifically, the Defendant is requesting that he be allowed to attend the graduation of his grandson on June 7, 2013 at the Gustine High School in Gustine, California.

The Court has spoken to Supervising Probation Officer, Jack Roberson, who participated with Probation Officer Casey Horner, Sr. in denying the request when it was made to them.

The defendant pled guilty to a violation of 18 USC 2252(a)(4)(B), Possession of Materials Involving the Sexual Exploitation of Minors, a Class C Felony. He was sentenced on June 18, 2012. As part of the sentencing, the defendant was to "have no contact with children under the age of 18 unless approved by the probation officer in advance."

The motion is denied for the following reasons:

1. This is a public event, and there is no way for Probation to monitor the goings-on at such an event, absent actually accompanying the defendant to the event;
2. The function involves predominantly minors;
3. In discussing the defendant with the Supervising Probation Officer, Probation does not find the defendant to be trustworthy, based on information that was

not discovered until after the sentencing that had not been disclosed prior to PSR interviews.

The Motion is DENIED. The hearing scheduled for June 3, 2013 at 8:30am is VACATED.

IT IS SO ORDERED.

**Dated:   May 22, 2013**                    /s/  **Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE