

1   **DANIEL A. BACON 065099**
    **ANGELICA I. AMBROSE 299543**
2   LAW OFFICES OF DANIEL A. BACON
    5200 NORTH PALM AVENUE, SUITE 408
3   FRESNO, CALIFORNIA 93704-2225
    TELEPHONE: (559) 241-7000

4   ATTORNEYS FOR DEFENDANT RICHARD PEREIRA

5

6           UNITED STATES DISTRICT COURT

7          EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA       )    Case No. 1:10-cr-00295-LJO

10              Plaintiff,    )    **DEFENDANT RICHARD PEREIRA'S**

11           vs.               )    **WAIVER OF APPEARANCE**

12   RICHARD PEREIRA,          )

13              Defendant.    )

14

15       Defendant Richard Pereira hereby knowingly, voluntarily, and intelligently waives

16   his right to be present at a hearing before the Honorable Barbara A. McAuliffe,

17   scheduled for Monday, October 26, 2015, under Federal Rules of Criminal Procedure,

18   Rule 43.

19       Pursuant to Local Rule 133, the image of the original manual signature appearing

20   on a facsimile (fax) copy shall constitute an original signature for all court purposes.

21       Executed this 25th day of October, 2015, at Modesto, California.

22

23

24                   RICHARD PEREIRA

25       Executed this _25_ day of October, 2015, at Fresno, California.

26

27

28                   DANIEL A. BACON, Attorney for
                     RICHARD PEREIRA

DEFENDANT RICHARD PEREIRA'S WAIVER OF APPEARANCE