BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>           v.<br><br>RICHARD J. PEREIRA,<br><br>                        Defendant. | Case No: 1:10-cr-00295 LJO SKO<br><br>**STIPULATION TO CONTINUE NOVEMBER 3, 2015 STATUS CONFERENCE AND NOVEMBER 16, 2015 CONTESTED HEARING; [PROPOSED] ORDER RE SAME**<br><br>Ctrms:         4 and 8<br><br>Hon. Lawrence J. O'Neill<br>Hon. Barbara A. McAuliffe |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the (a) pending November 3, 2015 status conference, originally scheduled to be heard in Courtroom 8, and the (b) pending November 16, 2015 contested hearing, originally scheduled to be heard in Courtroom 4, regarding US Probation's allegations of defendant Richard J. Pereira's violating Special Condition No. 6 of his conditions of supervised release, be continued as follows:

| Court Appearance | Location | Continuance Date/Time: |
|---|---|---|
| 1. **Status Conference** | Ctrm. 8 | **January 19, 2016, 1:30 p.m.** |
| 2. **Contested Hearing** | Ctrm. 4 | **February 8, 2016, 1:30 p.m.** |

1    The parties base this stipulation on good cause.  Specifically, counsel for the parties have been
2 diligently working with US Probation in attempting to reach a resolution of this matter prior to the
3 commencement of a contested hearing.  Along with US Probation, they have significantly narrowed the
4 volume of items potentially containing written or visual material violating the above condition from
5 scores of items to six.  They have also engaged in significant discussions attempting to resolve this
6 matter, as well as working through their respective analyses of mens rea and Constitutional issues
7 potentially impacting the same.  The parties have generally communicated the contours of these efforts
8 with Courtroom 4 and Courtroom 8 earlier this week within their respective chambers.  The above dates
9 have been cleared with the same.  If negotiations fail, counsel for defendant further intends to ensure
10 that certain experts regarding potential First Amendment issues relative to this matter are prepared for
11 the continued contested hearing date.

12    For the above stated reasons, the stipulated continuances will conserve time and resources for
13 both the parties and the court.  Accordingly, the parties ask the court to endorse the continuances by way
14 of written order.

15 Dated: October 30, 2015                     By: /s/ Daniel A. Bacon  (As auth. 10/30/15)
                                              Daniel A. Bacon
16                                             Attorney for Defendant
                                              RICHARD J. PEREIRA
17
18 Dated: October 30, 2015                     BENJAMIN B. WAGNER
                                              United States Attorney
19
                                              By: /s/ Brian W. Enos
20                                             Brian W. Enos
                                              Assistant U.S. Attorney

21                                   **ORDER**
22 IT IS SO ORDERED that the Status Conference of November 3, 2015 is continued to January 19, 2016
23 at 1:30PM before Judge McAuliffe and the Contested Hearing is continued for November 16, 2015 to
24 February 8, 2016 at 1:30PM before Judge O'Neill.
IT IS SO ORDERED.

25
      Dated:   **November 2, 2015**              /s/ Barbara A. McAuliffe
26                                             UNITED STATES MAGISTRATE JUDGE
27
28
                                         2